**Thomas L. SWITZER, Plaintiff–Appellant,**

v.

**Judith WEAVER, Defendant–Appellee,**

**and**

**Felicia Housden, Defendant.**

**No. 13–1138.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Thomas L. Switzer, Appellant Pro Se. Ruth Griggs, Sands Anderson, PC, Richmond, Virginia, for Appellee.

Before MOTZ * and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Switzer appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Switzer v. Weaver,* No. 5:12–cv–00057–MFU–JGW, 2013 WL 373471 (W.D.Va. Jan. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Judge Motz did not participate in the consideration of the this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).